UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07CR3452-WQH

UNITED STATES OF AMERICA, Plaintiff

vs.

Jose Luis Mendoza Ramos

Defendant(s)

CRIMINAL NO. 07mj8978

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

JORGE VASQUEZ-MILLAN

DATED: 12/27/07

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______ **DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by ______ **Deputy Clerk**

J. JARRECK

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95